UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SAMI MAKKI, D-33,

    Defendant.
    _____/

Case No. 99-81073

HON. GEORGE CARAM STEEH

ORDER DENYING DEFENDANT'S MOTION TO AMEND
PRESENTENCE REPORT AND FOR RECOMMENDATION
FOR DRUG TREATMENT (#384)

    Defendant moves to amend his presentence report and seeks a recommendation for drug treatment during his imprisonment.

    Defendant's current claim belies his earlier representations to probation and the court. He offers no independent corroboration for his claims of a substance abuse history. Moreover, defendant has the opportunity, with or without a court recommendation to seek treatment if he wishes. Accordingly, Defendant's motion is DENIED.

    IT IS SO ORDERED.

                                        S/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

Dated: June 6, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on June 6, 2006, by electronic and/or ordinary mail.

S/Josephine Chaffee
Secretary/Deputy Clerk